1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   JUSTIN WASHBURNE
3  Assistant United States Attorneys
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Telephone: 702.388.6378
5  Justin.Washburne@usdoj.gov
   *Attorneys for the United States*
6
                    UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA

8  | UNITED STATES OF AMERICA, | Case No. 2:23-mj-660-VCF |
   |---|---|
9  | Plaintiff, | **Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |
10 | v. | |
11 | ERNESTO CORRAL-RODRIGUEZ, | |
12 | aka "Erneto Coria-Rodriguez," aka "Ernesto Corral," aka "Arnesto Rodriguez-Corral," | |
13 | | |
14 | Defendant. | |
15

16         Based on the stipulation of counsel, good cause appearing, and the best interest of

17 justice being served; the time requested by this stipulation being excludable in computing

18 the time within which the defendant must be indicted and the trial herein must commence

19 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of

20 Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

21         IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled

   on _8/7/2023_____ at the hour of _4:00_____ p.m., be vacated and continued to _10/24/2023_____ at
22
   the hour of _4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.
23

24

                                        5

1  DATED this 28th day of July, 2023.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE